1  Jonathan W. Fountain
   Nevada State Bar No. 10351
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
4  E-mail:jfountain@lrrc.com

5  John M. Desmarais
   *Pro hac vice* application to be submitted
6  Michael P. Stadnick
   *Pro hac vice* application to be submitted
7  Ameet Modi
   *Pro hac vice* application to be submitted
8  Kerri-Ann Limbeek
   *Pro hac vice* application to be submitted
9  DESMARAIS LLP
   230 Park Avenue
10 New York, New York 10169
   Tel: 212.351.3400
11 E-mail: jdesmarais@desmaraisllp.com
   E-mail: mstadnick@desmaraisllp.com
12 E-mail: amodi@desmaraisllp.com
   E-mail: klimbeek@desmaraisllp.com
13
   *Attorneys for Defendant Apple, Inc.*
14

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC., a Nevada corporation, | Case No. 2:16-CV-00260-RFB-VCF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT APPLE, INC. TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT** |
| vs. | |
| APPLE, INC., a California corporation, | |
| Defendant. | |
| | **(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff Voip-Pal.com, Inc. ("Plaintiff") and Defendant Apple, Inc. ("Defendant") state the following:

The Complaint was filed on February 9, 2016. The First Amended Complaint was filed on April 6, 2016. The Second Amended Complaint was filed on May 5, 2016. The Second Amended Complaint contains additional allegations not alleged in the Complaint or in the First Amended

7710592_1

1  Complaint.  Good cause exists for the requested extension of time.  Defendant needs additional
2  time to evaluate all of the claims alleged in the Second Amended Complaint, including the
3  allegations not included in the Complaint or in the First Amended Complaint.  Accordingly,
4  Defendant has requested, and Plaintiff has agreed, to grant Defendant an extension of time, up to
5  and including July 29, 2016, to file and serve its answer or other response to the Second Amended
6  Complaint.

**IT IS SO AGREED AND STIPULATED:**

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Adam R. Knecht<br>Kurt R. Bonds<br>Nevada State Bar No. 6228<br>Adam R. Knecht<br>Nevada State Bar No. 13166<br>7404 W. Charleston Blvd.<br>Las Vegas, NV 89117-1401<br>Tel:  702.384.7000<br>E-mail: kbonds@alversontaylor.com<br>E-mail: aknecht@alversontaylor.com<br><br>*Attorneys for Plaintiff Voip-Pal.com, Inc.* | By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain<br>Nevada State Bar No. 10351<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>E-mail: jfountain@lrrc.com<br><br>DESMARAIS LLP<br>John M. Desmarais<br>*Pro hac vice* application to be submitted<br>Michael P. Stadnick<br>*Pro hac vice* application to be submitted<br>Ameet Modi<br>*Pro hac vice* application to be submitted<br>Kerri-Ann Limbeek<br>*Pro hac vice* application to be submitted<br>230 Park Avenue<br>New York, New York 10169<br>Tel: 212.351.3400<br>E-mail: jdesmarais@desmaraisllp.com<br>E-mail: mstadnick@desmaraisllp.com<br>E-mail: amodi@desmaraisllp.com<br>E-mail: klimbeek@desmaraisllp.com<br><br>*Attorneys for Defendant Apple, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2016 _____

7710592_1

2