Jonathan W. Fountain
Nevada State Bar No. 10351
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: jfountain@lrrc.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Kerri-Ann Limbeek (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel:  (212) 351-3400
E-mail: jdesmarais@desmaraisllp.com
E-mail: mstadnick@desmaraisllp.com
E-mail: amodi@desmaraisllp.com
E-mail: klimbeek@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 2:16-cv-00260-RFB-VCF <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO STAY PENDING A DECISION BY THE PATENT TRIAL AND APPEAL BOARD REGARDING INSTITUTION OF *INTER PARTES* REVIEW** |

It is hereby STIPULATED and AGREED between Plaintiff Voip-Pal.com, Inc. ("Plaintiff" or "Voip-Pal") and Defendant Apple Inc. ("Defendant" or "Apple"), to stay litigation in this matter until decisions by the Patent Trial and Appeal Board regarding whether to institute *inter partes* review of various petitions involving the subject patents in this action. Good cause exists for the requested stay:

1.      VoIP-Pal filed this action on February 9, 2016, against Apple, alleging infringement of U.S. Patent Nos. 8,542,815 (the "'815 patent") and 9,179,005 (the "'005

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1

patent"). (ECF No. 1);

2.      On May 5, 2016, this Court entered an order extending the time for Apple to answer the complaint until July 29, 2016. (ECF No. 13);

3.      On June 15, 2016, Apple filed a petition for *inter partes* review ("IPR") by the Patent Trial and Appeal Board ("PTAB") concerning the '815 patent on June 15, 2016 (the "Apple '815 IPR petition"). Apple also petitioned the PTAB to conduct IPR on the '005 patent (the "Apple '005 IPR petition");

4.      By statute, the PTAB must decide whether to institute review within six months of its notice granting the petition a filing date.  *See* 37 C.F.R. 42.107(b) (2015); 35 U.S.C. § 314(b).  The PTAB provided notice on June 18, 2016 that Apple's '815 IPR petition had been granted a filing date; accordingly, the PTAB must decide whether to institute review on or before December 18, 2016;

5.      The PTAB must decide whether to institute Apple's IPR on the '005 patent no later than December 21, 2016;

6.      An unrelated third party, Unified Patents Inc., has also requested IPR review concerning the '815 patent (the "Unified Patents IPR petition"). By statute, the PTAB must decide whether to institute review on the Unified Patents petition by November 26, 2016.  *See* 37 C.F.R. 42.107(b) (2015); 35 U.S.C. § 314(b);

7.      Apple filed a Motion to Stay Pending Resolution of *Inter Partes* Review by the Patent Trial and Appeal Board on July 8, 2016 in this matter, (ECF No. 23);

8.      Discovery has not yet begun, and a trial date has not yet been set in this matter; and

9.      District courts, pursuant to their inherent power to control and manage their own dockets, have discretion to stay an action pending the outcome of reexamination proceedings (including IPR) before the United States Patent and Trademark Office.  *Unwired Planet, LLC v. Google Inc.*, No. 3:12-cv-00504-MMD-VPC, 2014 WL 301002, at *5 (D. Nev. Jan. 27, 2014).

Based on the foregoing, the parties agree, with the Court's permission, to stay this litigation pending the PTAB's decisions on whether to institute IPR review on the patents-in-

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

suit.  Specifically, the parties hereby agree to submit a status report ("Joint Status Report") to the Court by January 11, 2017, outlining the parties' respective positions on how the case should proceed in light of the PTAB's institution decisions.  The parties further agree and stipulate to an order staying litigation in this matter until the Court reviews the Joint Status Report and makes a decision on how to proceed.

Dated: this 19th day of July, 2016.

**IT IS SO AGREED AND STIPULATED:**

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

/s/ Adam R. Knecht
Kurt R. Bonds
Nevada State Bar No. 6228
Adam R. Knecht
Nevada State Bar No. 13166
7404 W. Charleston Blvd.
Las Vegas, NV 89117-1401
Tel: 702.384.7000
E-mail: kbonds@alversontaylor.com
E-mail: aknecht@alversontaylor.com

*Attorneys for Plaintiff Voip-Pal.com, Inc.*

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

/s/  Jonathan W. Fountain
Jonathan W. Fountain
Nevada State Bar No. 10351
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: jfountain@lrrc.com

DESMARAIS LLP
John M. Desmarais, *Pro hac vice*
Michael P. Stadnick, *Pro hac vice*
Ameet Modi, *Pro hac vice*
Kerri-Ann Limbeek, *Pro hac vice*
230 Park Avenue
New York, New York 10169
Tel: 212.351.3400
E-mail: jdesmarais@desmaraisllp.com
E-mail: mstadnick@desmaraisllp.com
E-mail: amodi@desmaraisllp.com
E-mail: klimbeek@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Motion to Stay (ECF No. 23). is DENIED as MOOT.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

July 19, 2016
DATED: _____