Michael J. McCue
Nevada State Bar No. 0488
Meng Zhong
Nevada State Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Kerri-Ann Limbeek (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel:  (212) 351-3400
E-mail: jdesmarais@desmaraisllp.com
E-mail: mstadnick@ desmaraisllp.com
E-mail: amodi@desmaraisllp.com
E-mail: klimbeek@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

Kurt R. Bonds
Adam R. Knecht
ALVERSON, TAYLOR, MORTENSEN
& SANDERS
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
Tel: 702-384-7000
E-mail: efile@alversontaylor.com

Kevin N. Malek
MALEK MOSS PLLC
340 Madison Avenue, 19th Floor
New York, NY 10173
Tel: 212-812-1491
E-mail: kevin.malek@malekmoss.com

*Attorneys for Plaintiff Voip-Pal.com, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 2:16-cv-00260-RFB-VCF<br><br>**STIPULATION AND ORDER TRANSFERRING THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA** |

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendant Apple Inc. ("Apple") agree and stipulate as follows:

WHEREAS VoIP-Pal filed a separate lawsuit against Cellco Partnership d/b/a Verizon Wireless ("Verizon") in this District asserting the same patents as are asserted in this litigation. *Voip-Pal.com, Inc. v. Cellco Partnership d/b/a Verizon Wireless*, No. 2:16-cv-00271-RCJ-VCF (D. Nev.);

1 WHEREAS Verizon filed on August 17, 2018 a Motion to Transfer Venue to the Northern
2 District of California Pursuant to 28 U.S.C. § 1404(a), Dkt. No. 72 in the *Verizon* case. The Motion
3 to Transfer is fully briefed as of September 11, 2018. VoIP-Pal no longer opposes Verizon's Motion
4 to Transfer and the *Verizon* case was transferred to the Northern District of California on October 1,
5 2018;

6 WHEREAS VoIP-Pal filed a separate lawsuit against Twitter, Inc. in this District asserting
7 the same patents as this litigation. *Voip-Pal.com, Inc. v. Twitter, Inc.*, No. 2:16-cv-02338-RFB-CWH
8 (D. Nev.). The *Twitter* case was transferred to the Northern District of California on July 23, 2018;

9 WHEREAS Voip-Pal has also filed this lawsuit against Apple and separate lawsuits against
10 Apple, AT&T Corp. and Amazon.com, Inc. in this District. *VoIP-Pal.com, Inc. v. Apple, Inc.*, Case
11 No. 2:16-cv-00260-RFB-VCF (D. Nev.); *VoIP-Pal.com, Inc. v. Apple, Inc.*, Case No. 2:18-cv-
12 00953-RFB-GWF (D. Nev.) ("2018 *Apple* case"); *VoIP-Pal.com, Inc. v. AT&T, Inc.*, No. 2:18-cv-
13 01129-RCJ (D. Nev.); *Voip-Pal.com, Inc. v. Amazon.com, Inc. et al.*, No. 2:18-cv-01076-MMD-
14 VCF (D. Nev.). The cases involve similar allegations as this case. Voip-Pal consents to transfer of
15 this case, and has consented to transfer of the 2018 *Apple* case and the *AT&T Corp.* and
16 *Amazon.com, Inc.* cases, to the Northern District of California.

17 IT IS HEREBY STIPULATED that this case is transferred to the United States District Court
18 for the Northern District of California. The Clerk of Court shall close this case in this District.

19 This Stipulation is filed in good faith and is not intended to cause unnecessary delay. The
20 convenience of the parties and witnesses favors transfer to the Northern District of California. And
21 because the *Twitter* and *Verizon* cases were transferred to California, and Voip-Pal consents to
22 transfer of the 2018 *Apple* case and the *AT&T Corp.* and *Amazon.com, Inc.* cases, it would be
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  efficient for the parties and the Court to also transfer this case. There is thus good cause to transfer
2  the case to the Northern District of California.

Dated: October 4, 2018

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

By: */s/ Kevin N. Malek*
Kurt R. Bonds
Nevada Bar No. 6228
Adam R. Knecht
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

MALEK MOSS PLLC
Kevin N. Malek (Admitted *Pro Hac Vice*)
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

*Attorneys for Plaintiff Voip-Pal.com, Inc.*

Dated: October 4, 2018

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Michael J. McCue*
Michael J. McCue
Nevada State Bar No. 0488
Meng Zhong
Nevada State Bar No. 12145
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

DESMARAIS LLP
John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Kerri-Ann Limbeek (admitted *pro hac vice*)
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
E-mail: jdesmarais@desmaraisllp.com
E-mail: mstadnick@desmaraisllp.com
E-mail: amodi@desmaraisllp.com
E-mail: klimbeek@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 5, 2018.